## JACOB SHEAFFE *versus* MARY O'NEIL.

An alien can purchase, and can hold *real* estate till office found. He can grant the same, and his grantee can maintain an action to recover it, and may declare on his own seisin in fee.

THIS was an action demanding a certain tract of land [*described ;*] and the declaration stated that, on the 25th day of May, in the year 1799, one *James O'Neil* was seised of the demanded [ \* **257** ] premises *in his demesne as of fee,* and being so seised, \* at ———, on the same day, by his deed of mortgage of that date, duly executed, acknowledged, and recorded, (*profert in Cur.*) for a valuable consideration therein mentioned, conveyed the same

SHEAFFE *vs.* O'NEIL.

to the demandant in fee and in mortgage, whereby the demandant became seised, &c., in his demesne as of fee, and ought to hold the same; yet that the said *Mary* has since, *viz.*, on, &c., without judgment or right, unlawfully entered, &c., disseised the demandant, and still holds him out, &c.

Plea in bar. That, at the time when the said deed of mortgage mentioned in the demandant's declaration was executed, *viz.*, at ——, on the —— day of ——, the said *James O'Neil* was an alien, and not within the allegiance of this commonwealth, or of any of the *United States*, but born in *Ireland*, within the *United Kingdom of Great Britain and Ireland*, and did at the time aforesaid, at —— aforesaid, owe exclusive faith and allegiance to *George the 3d, king of the said United Kingdom of Great Britain and Ireland*; and this she is ready to verify, &c. Wherefore, &c.

General demurrer and joinder.

This action was brought in the county of *York*, for lands there situated, and was, as I have been informed, argued at the court holden in that county, in May last, at which were present, *Dana*, C. J., *Strong, Sewall,* and *Thacher*, justices. The three former were *then* of opinion that the plea in bar was bad. THACHER, J., *then* doubted, but is since satisfied, and is of the same opinion.

SEDGWICK, J., *now* present, concurs with the other judges; so that the whole Court were, ultimately, unanimous in their opinion.

The ground of the decision, as now briefly stated by the *Chief Justice*, is, that an alien can purchase and can hold against all, except the commonwealth, and can be divested only by office *found. Of course, until office found, he can [ * **258** ] convey; and therefore the demandant's title is sufficient to maintain his action.

*Judgment for the plaintiff.* (1)

(1) Vide *Com. Abr. Tit. Alien,* (C. 2) and *Co. Litt.* 2, *b. acc.*